UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NANCY JOCELYN LOPEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS PAVING CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.: 2:22-cv-01528-GMN-NJK<br><br>ORDER OF DISMISSAL PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

On September 12, 2022, Plaintiff Nancy Jocelyn Lopez ("Plaintiff") filed a Complaint against Defendants Las Vegas Paving Corporation, Circus Circus Casinos, Inc., Circus Circus Holdings, Inc., Circus Circus LV, LLC., Circus Circus, LV, LP., and Ruffin Acquisition III, LLC. (collectively, "Defendants"). (*See* Compl., ECF No. 1). On April 10, 2023, the Court warned Plaintiff that if she did not properly serve Defendants by May 10, 2023, the Court would enter an Order of Dismissal pursuant to Federal Rule of Civil Procedure 4(m). (*See* Notice, ECF No. 7). The deadline to serve Defendants has now passed, no proper proof of service has been filed, and Plaintiff has failed to show good cause as to why the Court should not dismiss this action without prejudice for failure to effect timely service.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

**DATED** this __15__ day of September, 2023.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Gloria M. Navarro, District Judge
　　　　　　　　　　　　　　　　United States District Court